IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERON HARRISON,

    Petitioner,

v.                                             4:21cv119–WS/MAF

ATTORNEY GENERAL,
State of Florida,

    Respondent.

_____

## ORDER DENYING PETITIONER'S § 2254 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed October 28, 2022. The magistrate judge recommends that the petitioner's § 2254 petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is

ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's §2254 petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk is directed to enter judgment stating: "Teron Harrison's petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __14th__ day of __December__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE